## VAN VARK v. VAN DAM.

1. ORIGINAL NOTICE: NAME OF TERM. An original notice must name the term at which the defendant is required to appear. Rev. 1860, § 2812; *Branch of the State Bank* v. *Van et al.,* 12 Iowa, 523.
2. APPEARANCE: WAIVER. An appearance by a defendant waives any defect in the original notice.
3. PRACTICE: MOTION IN COURT BELOW. The Supreme Court will not reverse a cause because of defective notice, when the appellant has not called the attention of the court below to such defect.

*Appeal from Marion District Court.*

SATURDAY, DECEMBER 6.

FORECLOSURE of a mortgage.    The original notice requires the defendants to "appear and answer, on or before noon of the second day of the next term of said District Court.    The defendant appeared by counsel, but filed no answer.    Judgment and decree by default, and the defendant appeals.

*Seevers & Williams* for the appellant, cited *Des Moines Branch of the State Bank* v. *Van et al.,* 12 Iowa, 523; § 2840, Rev., 1860.

*Casady & Polk* for the appellee, cited *Pigman* v. *Denney et al.*, 12 Iowa, 396; *McKinley* v. *Betchtell*, 12 Iowa, 561; *Bell* v. *Pierson*, Mor., 21; *Hotchkiss* v. *Thompson*, Mor., 156; *Houston* v. *Walcott & Co.*, 1 Iowa, 86; *Voorhies & Co.* v. *Ewbank*, 6 Id., 274; *Graves* v. *Cole*, 2 G. Greene, 467; *Winchester* v. *Cox*, 3 Id., 575.

BALDWIN, C. J.—The original notice, served upon the defendant, was clearly defective in not stating the term at which he was required to appear. See Code, § 2812; *Branch State Bank* v. *Van et al.*, 12 Iowa, 523.

The record, however, shows that when the cause was submitted, the defendant appeared by his attorney, but failed to file an answer, and judgment was rendered by default. This appearance waived the defective service.

Again, the defendant, under the provision of § 3548 of the Revision, should have moved for the correction of this error in the District Court. See *Pigman* v. *Denney*, 12 Iowa, 396; *McKinley* v. *Betchtell*, Id., 561; *Bethel* v. *Leay*, *infra.*

Affirmed.